IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **REBECCA E. WILSON,** § | | **PLAINTIFF** |
| *individually and in the interest of* § | | |
| *her minor children, Z.S.A. and J.E.A.* § | | |
| § | | |
| § | | |
| v. § | | Civil No. 1:23cv23-HSO-BWR |
| § | | |
| § | | |
| **STATE OF MISSISSIPPI and** § | | |
| **GEORGE COUNTY MISSISSIPPI** § | | |
| **CHILD PROTECTIVE SERVICES,** § | | |
| *doing business as* **Mississippi** § | | |
| **Department of Human Services** § | | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date in this case,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed without prejudice for lack of subject-matter jurisdiction.

**SO ORDERED** this the 1st day of February, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE